THOMAS S. BEER v. BURKAM BROTHERS, INC.

April 1, 1976. Petition for certification denied.

RAYMOND BELANGER v.
HUMBLE OIL & REFINING COMPANY.

April 1, 1976. Petition for certification denied.

MERCER COUNTY PARK COMMISSION v.
DI TULLIO PLUMBING & HEATING CO., INC.

April 1, 1976. Petition for certification denied. (See 139 *N. J. Super.* 36)

STATE OF NEW JERSEY v. JOHN CERBO.

April 1, 1976. Petition for certification denied. (See 138 *N. J. Super.* 211)

CITY OF JERSEY CITY v.
JERSEY CITY PARKING AUTHORITY.

April 1, 1976. Petition for certification granted. (See 138 *N. J. Super.* 442)